| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424 |
| | Federal Defender |
| 2 | PEGGY SASSO, CA Bar #228906 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | LUCIANO GARCIA-MANDUJANO |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:12-cr-00241 LJO-SKO | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | STIPULATION TO ADVANCE CHANGE OF | |
| v. | ) | PLEA HEARING; ORDER | |
| | ) | | |
| LUCIANO GARCIA-MANDUJANO, | ) | Date: August 27, 2012 | |
| | ) | Time: 8:30 a.m. | |
| Defendant. | ) | Judge: Hon. Lawrence J. O'Neill | |
| | ) | | |
| _____ | ) | | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Karen A. Escobar, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Luciano Garcia-Mandujano, that the status conference currently set for October 1, 2012 at 8:30 a.m., **may be advanced and rescheduled to August 27, 2012, at 8:30 a.m for a change of plea hearing.**

The parties have entered into a plea agreement and have agreed to set the matter for a change of plea August 27, 2012.

///

///

///

///

|   |   |
|---|---|
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| Dated: August 10, 2012 | */s/* Karen A. Escobar<br>KAREN A. ESCOBAR<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | DANIEL J. BRODERICK<br>Federal Defender |
| Dated: August 10, 2012 | */s/ Peggy Sasso*<br>PEGGY SASSO<br>Assistant Federal Defender<br>Attorney for Defendant<br>LUCIANO GARCIA-MANDUJANO |

## ORDER

Pursuant to the stipulation, **IT IS SO ORDERED.**

Dated: August 13, 2012		/s/ Lawrence J. O'Neill
				UNITED STATES DISTRICT JUDGE